IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

REGINALD BARNETT,

                Petitioner,

v.                                    CIVIL ACTION NO. 5:10-cv-01350

WARDEN ZIEGLER and
FEDERAL CORRECTIONAL INSTITUTION,

                Respondents.

**JUDGMENT ORDER**

      In accordance with the accompanying Memorandum Opinion and Order Adopting the Proposed Findings and Recommendation, which denied as moot Petitioner's Motion for Preliminary Injunction, the Court **ORDERS** that judgment be entered in favor of the Respondents. The Court further **ORDERS** that this case be **DISMISSED** and **STRICKEN** from the docket.

      The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

                                            ENTER: September 20, 2011

                                            IRENE C. BERGER
                                            UNITED STATES DISTRICT JUDGE
                                            SOUTHERN DISTRICT OF WEST VIRGINIA